

FILED
CLERK, U.S. DISTRICT COURT
JUN 17 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CODY MICHAEL SUMBER,<br>Defendant. | Case No. MJ 24-3585<br>ORDER OF DETENTION |

I.

On June 17, 2024, Defendant Cody Michael Sumber made his initial appearance on the criminal complaint filed in this matter. Deputy Federal Public Defender, Antonio Villaamil, was appointed to represent Defendant. The government was represented by Assistant United States Attorney Brandon Martinez-Jones. A detention hearing was held.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g)] The Court also

considered the information presented at the hearing, the arguments of counsel, and the report and recommendation prepared by U.S. Probation and Pretrial Services.

### IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Information regarding Defendant's employment and financial information is unverified. Background information is only partially verified and in many instances, inconsistent, including information about Defendant's contact with family members, and presence of firearms.
- ☒ Defendant has a driver's license in the state of North Carolina and a California identification card that lists an address other than the residence where he reportedly has been residing for over a year.
- ☒ Insufficient bail resources
- ☒ Substance use history
- ☒ Unrebutted Presumption.

As to danger to the community:

- ☒ allegations in the criminal complaint include Defendant's possession of large quantities of controlled substances, including methamphetamine, cocaine and fentanyl, and indicia of drug trafficking, firearms and ammunition at an apartment (stash house) to which Defendant had access and at Defendant's residence.  as  s y[herinvolvement in a conspiracy to possess with intent to distribute methamphetamine and fentanyl, possess significant amounts of cash and firearms and ammunition.
- ☒ substance abuse history
- ☒ alleged to be associated with Sinaloa cartel

2

☒   criminal history includes 2017 misdemeanor conviction for assault with a deadly weapon

☒   Unrebutted Presumption.

V.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)]

Dated: June 17, 2024

/s/
ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE